UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-11-JLB-NHA

KODI GLENN SIMON

# JOINT STATUS REPORT REGARDING INTERLOCUTORY APPEAL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, after conferring with Bryant Camareno, counsel for the defendant, and as directed by the Court (Doc. 96), files the following joint status report regarding the status of the defendant's interlocutory appeal.

1. The interlocutory appeal remains pending before the Eleventh Circuit.

2. Simon filed his opening brief on August 26, 2025. The parties filed briefs in response to a jurisdictional question raised by the court, and the court determined that the jurisdictional issue will be determined by the panel to whom the case is submitted after briefing on the merits is completed. The United States filed an answering brief on July 13, 2026.

3. Kodi Simon has requested oral argument, and the United States has not opposed that request. The court has not yet determined whether it will conduct oral argument.

4. The undersigned has conferred with Bryant Camareno, counsel for Kodi Simon, who agrees with this status report.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael C. Sinacore

Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Kodi Glenn Simon** **Case No. 8:25-cr-11-JLB-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing counsel of record.

/s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov