UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-11-JLB-NHA

KODI GLENN SIMON

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, pursuant to Fed. R. Crim. P. 17.1 and as directed by the Court (Doc. 102), files the following joint status report and states as follows:

1. Brief summary of the case's status:

The defendant is charged with involuntary manslaughter, in violation of 18 U.S.C. §§ 1112 and 2. The defendant filed a motion to dismiss the Indictment with prejudice (Doc. 49), which was denied by this Court (Doc. 56). The defendant filed an interlocutory appeal of the Court's denial of the defendant's motion to dismiss, and the appeal is pending in the United States Court of Appeals for the Eleventh Circuit. Docs. 64 and 103. The filing of the appeal has conferred jurisdiction on the Eleventh Circuit and divested this Court of its control over those aspects of the case involved in the appeal. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58, 103 S.Ct. 400, 402 (1982). Therefore, the parties agree that the trial of this defendant should not occur while the interlocutory appeal is pending.

2. Possibility of a plea agreement as to each defendant:

A trial is likely in this case.

3. Number of days required for trial, for government's case-in-chief:

The government estimates three to four days of trial will be needed to complete the government's case-in-chief.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

The defendant's interlocutory appeal of the Court's denial of the defendant's motion to dismiss with prejudice is pending. Docs. 56, 64, and 103. The United States has filed a motion for a finding regarding the exclusion of time under the Speedy Trial Act (Doc. 107), related to the Court's order granting the defendant's unopposed motion to continue the trial from the October 2026 trial calendar to the January 2027 trial calendar (Docs. 104 and 105).

5. Potential speedy trial problems:

The defendant was arraigned on January 27, 2025. The defendant moved to continue the trial at the initial status conference on March 11, 2025, and the Court granted the motion and found that the ends of justice served by granting the continuance outweigh the best interest of the public and defendants in a speedy trial. Doc. 47. The defendant has requested additional continuances, which have been granted, and other than the most recent order continuing the trial (Doc. 105), the Court made the same ends-of-justice finding when granting each motion to continue the trial. The Court has determined that the time through the October 2026 trial calendar is excludable time. Doc. 92. The United States has filed a motion requesting the Court to make a finding that the ends of justice outweigh the interests

of the defendant and of the public in a speedy trial, and that the period through January 31, 2027, is excludable time under 18 U.S.C. § 3161(h). Doc. 107. The time period of delay resulting from the defendant's pretrial motion to dismiss, which was filed on April 24, 2025 (Doc. 49), denied by the Court (Doc. 56), and is currently pending an interlocutory appeal in the Eleventh Circuit (Docs. 64 and 103), is excluded under 18 U.S.C. 3161(h)(1)(C) and (D).

The United States has consulted with Bryant Camareno, counsel for the defendant, and both parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Kodi Glenn Simon** **Case No. 8:25-cr-11-JLB-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing counsel of record.

/s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov